## Zemka et ux., Appellants, v. Commonwealth of Pennsylvania, Department of Highways.

Argued April 23, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Clarence R. Kramer,* for appellants.

*Michael R. Deckman,* Assistant Attorney General, with him *Jerrold D. Harris,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, July 2, 1970:
Judgment affirmed.